### ELLIS cont<sup>a</sup> MITCHEL &c<sup>a</sup>

Henry Ellis plaint. cont<sup>a</sup> Thomas Mitchel & John Lux or either of them Defend<sup>ts</sup> in an action of trespass upon the case for that the s<sup>d</sup> Thomas Mitchel and John Lux did about the middle of April

last past unlawfully Seize & take away the goods appertaining to the s$^d$ Henry Ellis from onboard his Vessell to the value of Five hundred pounds or thereabout and the s$^d$ goods do still wrongfully detain with all other due damages. [ 627 ] . . . The Jury . . . found for the plaint. the goods Sued for and One hundred and Fifty pounds damage Or three hundred Forty three pounds eight Shillings eight pence money & costs of Court Fifty Six Shillings four pence.

Execution issued 4° Feb$^r$ 1679.